# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00272-RJC-DSC

| | |
|---|---|
| DEI'NYEJAH BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FAIR COLLECTIONS & ) | |
| OUTSOURCING OF NEW ENGLAND, ) | |
| INC. et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Raphael Deutsch]" (document #2) filed June 9, 2021. For the reasons set forth therein, the Motion will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: June 21, 2021

_____
David S. Cayer
United States Magistrate Judge