IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:21 CV 00028-RJC-DSC

| | |
|---|---|
| TINA MCMILLAN ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| OFFICER ALEXIS B. WILLIAMS, ) | |
| (Individually) and (Official Capacity) ) | |
| ) | |
| and ) | |
| ) | |
| THE CITY OF GASTONIA ) | |
| ) | |
| DEFENDANTS. ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' Motion for entry of a Jointly Proposed Stipulated Protective Order (Document No. 8) filed July 19, 2021. This Motion has been referred and immediate review is appropriate. After careful consideration and review of the Motion and the record, the Court will grant the Motion.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the Stipulated Protective Order (Document No. 8) is **ENTERED**.

**SO ORDERED.**   Signed: July 25, 2021

David S. Cayer
United States Magistrate Judge